# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

GEORGE EDWARD SHELBY                          PLAINTIFF

V                          CIVIL ACTION NO: 4:08CV127-DPJ-JCS

PIONEER INC. AUTOMOTIVE PRODUCTS                    DEFENDANT

## JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE comes before the Court on the request <u>ore tenus</u> of the plaintiff that the action be dismissed with prejudice and final judgment entered. Being advised and finding that all claims against the Defendant have been resolved through compromise settlement, the Court finds this action should be dismissed. It is therefore

ORDERED AND ADJUDGED that this case be, and is hereby, dismissed with prejudice. Each party shall bear his/its own costs (including attorney's fees).

**SO ORDERED AND ADJUDGED** this the 22th day of October, 2009.

                         s/ *Daniel P. Jordan III*
                         UNITED STATES DISTRICT JUDGE

**AGREED**:

/s/Jonathan B. Fairbank
Jonathan B. Fairbank (MSB #5119)
Attorney for Plaintiff


/s/Lee Thaggard
Lee Thaggard (MSB #9442)
Attorney for Defendants

G:\JORDAN\Drafts\CH4-08cv127 Shelby v. Pioneer Inc. Automotive (Judgment of dismissal).wpd